# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 6, 2009

138413

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

NANCY BRICKER,
        Plaintiff-Appellant,

v

AUSABLE VALLEY COMMUNITY
MENTAL HEALTH SERVICES,
HOLLIE McDONALD, LEE D. MERTZ,
and FLOYD R. SMITH,
        Defendants-Appellees.

SC: 138413
COA: 281736
Iosco CC: 06-003116-CK

_____/

      On order of the Court, the application for leave to appeal the January 29, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 6, 2009

_____
Clerk

p0720